No. 505. NIEVES *v.* SUÁREZ ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided January 31, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Domingo Massari* for petitioner. *Mr. Francisco Socorro* for respondent.

No. 486. FERNÁNDEZ ET AL. *v.* FOIX ET AL.—Appeal from the District Court of Mayagüez. Motion of the appellant to join certain documents to the transcript of the record. Decided February 1, 1910. Motion sustained. *Mr. José Benet* for petitioner.

No. 499. DELGADO ET AL. *v.* CABASSA ET AL.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided February 7, 1910. Motion overruled. *Mr. Rafael López Landrón* for petitioner. *Mr. Manuel F. Rossy* for respondent.

No. 508. HERNÁNDEZ *v.* SEGARRA ET AL.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided February 7, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Luis Méndez Vas* for petitioner. *Mr. Rodolfo Ramírez Vigo* for respondent.

No. 509. HERNÁNDEZ *v.* ESTATE OF CUASCÚ.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided February 7, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Luis Méndez Vas* for petitioner. *Mr. Rodolfo Ramírez Vigo* for respondent.